**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SARA HARRIS and BRETT BURLEIGH,

    Plaintiffs,

v.                                                  Case No.: 3:23-cv-1247-WWB-LLL

NATIONWIDE MUTUAL INSURANCE
COMPANY,

    Defendant.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 26), filed March 28, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on April 9, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record